FILED
2007 Apr-17  PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERIDENE JACKSON,** | } |
| **Plaintiff,** | } |
| v. | }  Case No.: **2:06-CV-2281-RDP** |
| **SERRA CHEVROLET, INC. &** | } |
| **WELLS FARGO FINANCIAL** | } |
| **ALABAMA, INC.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**.  The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this _____17th_____ day of April, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE