FILED
2007 May-03 PM 05:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JERIDENE JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:06-CV-02281-RDP ) |
| SERRA CHEVROLET, INC. et al., | ) ) ) |
| Defendants. | ) |

## Stipulation of Dismissal with Prejudice

Dismissal of all claims with prejudice is hereby stipulated to by Plaintiff Jeridene Jackson, Defendant Serra Chevrolet, Inc., and Defendant Wells Fargo Financial Alabama, Inc., through their undersigned counsel, in accordance with Rule 41 of the Federal Rules of Civil Procedure, each party to bear her or its own costs.

Done this 20th day of April, 2007,

_____       _____
Michael L. Jackson                                 Ralph J. Bolen, Esq.
E-mail: mlj@wallacejordan.com           Email: rjbolen@bellsouth.net
Attorney for Serra Chevrolet, Inc.       Attorney for Jeridene Jackson

Of Counsel:                                             Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.       Bolen & Bolen
Post Office Box 530910                                  3928 Montclair Rd., Suite 134
Birmingham, Alabama 35253                       Mountain Brook, AL  35213-2415
Voice: (205) 870-0555                                   Voice:   (205) 879-9490
Fax:    (205) 871-7534                                    Fax:     (205) 879-9495

*/s/ Keith Andress*
_____
D. Keith Andress
E-mail: kandress@bakerdonelson.com

Attorney for Wells Fargo Financial Alabama, Inc.

Of Counsel:

Baker, Donelson, Bearman,
 Caldwell & Berkowitz
420 20th St. N., Ste. 1600
Birmingham, AL  35203-5202
Voice:   (205) 328-0480
Fax:      (205) 322-8007