FILED
2007 May-07 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **JERIDENE JACKSON,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:06-CV-2281-RDP |
| **SERRA CHEVROLET, INC., et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with Prejudice (Doc. #25) filed by the parties herein on May 3, 2007, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. Each party is to bear her or its own costs.

**DONE** and **ORDERED** this    7th    day of May, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE